UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 24, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DULCE MEDINA,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00079-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  DULCE MEDINA ,

Case No. 2:24-mj-00079-CKD , Charge 21 USC § 846, from custody for the following reasons:

　　　　Release on Personal Recognizance

　　　　Bail Posted in the Sum of $ _____

　　X　Unsecured Appearance Bond $  30,000.00

　　　　Appearance Bond with 10% Deposit

　　　　Appearance Bond with Surety

　　　　Corporate Surety Bail Bond

　　　　(Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 24, 2024 at 2:30 PM.

　　　　　　　　　　　　　　　　　By: _/s/ Allison Claire_